# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MERCEDES FLOWERS**                                           **PLAINTIFF**

v.                            No. 4:23-cv-787-DPM

**ESAD GRUDIC and VELOX TRUCKING,
LLC**                                                         **DEFENDANTS**

## JUDGMENT

Flowers's complaint is dismissed with prejudice. The Court retains jurisdiction until 10 July 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2025